UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BOS GMBH & CO. KG, et al.**<br><br>Plaintiff,<br><br>vs.<br><br>**MACAUTO USA, INC., et al.,**<br><br>Defendants. | **4:17-CV-10461-TGB**<br><br>**ORDER DENYING MOTIONS IN LIMINE AS MOOT** |

This is a patent infringement case in which Plaintiffs BOS GmbH & Co. KG and BOS Automotive Products, Inc. (collectively, "BOS") allege that Defendants Macauto USA, Inc. and Macauto Industrial Co., Ltd. (collectively, "Macauto") have infringed upon one of their patents. For the reasons detailed in this Court's Opinion and Order (ECF No. 83), the case has been dismissed with prejudice. Therefore, Plaintiff's two Motions in Limine (ECF Nos. 66, 67), and Defendant's Motion in Limine (ECF No. 64) are moot and will be denied.

**SO ORDERED,** this 27th day of January, 2021.

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE