UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BOS GMBH & CO. KG, et al.**<br><br>Plaintiff,<br><br>vs.<br><br>**MACAUTO USA, INC., et al.,**<br><br>Defendants. | **4:17-CV-10461-TGB** |

## JUDGMENT

In accordance with the order issued on this date, granting Defendants' Motion for Summary Judgment (ECF No. 62), and denying Plaintiffs' Motion for Summary Judgment (ECF No. 60), judgment is entered in favor of Defendants and against Plaintiffs and the case is DISMISSED WITH PREJUDICE.

Dated at Detroit, Michigan:  January 27, 2021

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:

s/Terrence G. Berg

HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE